compensate a person who has actually suffered a provable injury as a result of libelous statements; it is incomprehensible that a person who has suffered no provable harm can recover libel damages imposed solely to punish defendants who have exercised their First Amendment rights.

I would grant certiorari and reverse the Court of Appeals summarily.

No. 798. EDELMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Jacob P. Lefkowitz* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States. 

No. 944. CARTER ET AL. *v.* WEST FELICIANA PARISH SCHOOL BOARD ET AL., *ante,* p. 290; and

No. 1003. WEST FELICIANA PARISH SCHOOL BOARD ET AL. *v.* CARTER ET AL., *ante,* p. 1032. Petitions for rehearing denied.

No. 972. SINGLETON ET AL. *v.* JACKSON MUNICIPAL SEPARATE SCHOOL DISTRICT ET AL., *ante,* p. 290. Petitions for rehearing of Board of Public Instruction of Alachua County, Florida, and Board of Public Instruction of Bay County, Florida, denied.

JANUARY 27, 1970

No. ——. RUSSO *v.* NEW JERSEY. Sup. Ct. N. J. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.